AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 FEB 27 PM 12:29

4:23cv3024

| United States District Court | District: **NEBRASKA** | |
|---|---|---|
| Name (under which you were convicted):<br>**VERNON R. JOHNSON** | | Docket or Case No.:<br>**CR 20-450** |
| Place of Confinement:<br>**NEBRASKA STATE PENITENTIARY, LINCOLN, NE** | | Prisoner No.:<br>**211702** |
| Petitioner (include the name under which you were convicted)<br>**VERNON R. JOHNSON** | v. | Respondent (authorized person having custody of petitioner)<br>**NEBRASKA DEPARTMENT OF CORRECTION SERVICES, (NSP), WARDEN MICHELLE WILLHELM** |
| The Attorney General of the State of: **MIKE HILGERS, NEBRASKA** | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **DOUGLAS COUNTY DISTRICT COURT, 300 HALL OF JUSTICE, OMAHA, NE 68183**

   (b) Criminal docket or case number (if you know): **CR 20-450**

2. (a) Date of the judgment of conviction (if you know): **May 12, 2020**

   (b) Date of sentencing: **July 25, 2020**

3. Length of sentence: **15 to 20 years**

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: **SECOND DEGREE FORGERY $5,000 or MORE, CLASS IIA FELONY**

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty    ☒ (3) Nolo contendere (no contest)

   ☐ (2) Guilty        ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    **XX** Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

**XX** Yes    ☐ No

8. Did you appeal from the judgment of conviction?

**XX** Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: **NEBRASKA COURT OF APPEALS AND SUPREME COURT**

(b) Docket or case number (if you know): **CR 20-450**

(c) Result: **AFFIRMED**

(d) Date of result (if you know): **NOVEMBER 17, 2020**

(e) Citation to the case (if you know): **A-20-0492**

(f) Grounds raised: **ABUSE OF DISCRETION: EXCESSIVE SENTENCE**

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No    **DONT KNOW**

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: **DOUGLAS COUNTY DISTRICT COURT**

(2) Docket or case number (if you know): **CR 20-450**

(3) Date of filing (if you know): **APRIL 2021**

(4) Nature of the proceeding: **PRO SE MOTION FOR POSTCONVICTION RELIEF**

(5) Grounds raised: **GENERAL: (A) INEFFECTIVE ASSISTANCE OF COUNSEL: (B) SENTENCE AND CONVICTION WERE OBTAINED BY JUDICIAL MISCONDUCT AND PLAIN ERROR: (C) ABUSE OF DISCRETION IN IMPOSING AN EXCESSIVE SENTENCE**

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: **REFILED**

Page 4 of 16

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): **NA**

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: **DOUGLAS COUNTY DISTRICT COURT**

    (2) Docket or case number (if you know): **CR 20-450**

    (3) Date of filing (if you know): **JUNE 2021**

    (4) Nature of the proceeding: **AMENDED MOTION FOR POSTCONVICTION RELIEF**

    (5) Grounds raised: **IN ADDITION TO THE PREVIOUSLY ASSERTED CLAIMS, A FOURTH CLAIM OF EIGHTH AMENDMENT VIOLATION**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes ☒ No

    (7) Result: **REFILED**

    (8) Date of result (if you know): **NA**

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: **DOUGLAS COUNTY DISTRICT COURT**

    (2) Docket or case number (if you know): **CR 20-450**

    (3) Date of filing (if you know): **OCTOBER 2021**

    (4) Nature of the proceeding: **SECOND MOTION FOR LEAVE TO AMEND POSTCON.**

    (5) Grounds raised: **FIFTH CLAIM THAT THE DISTRICT COURT VIOLATED NEBRASKA STATUTES RELATED TO ARRAIGNMENT AND PERLIMINARY HEARINGS, WERE VIOLATED UPON PLEA AND AMENDED INFORMATION ON NEW CHARGES: INEFFECTIVNESS OF COUNSEL FOR FAILING TO ADVISE OR OBJECT DURING PLEA AND ON NEW CHARGES WHEN; THE PLEA WAS NOT OBTAINED KNOWINGLY, VOLUNTARILY, AND INTELLIGENTLY, IN VIOLATION OF THE SIXTH AND FOURTEENTH FEDERAL AND STATE CONSTITUTION AND NEBRASKA CONST. ART. 1 § 3 and 11.**

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: **DENIED POSTCONVICTION RELIEF WITHOUT EVIDENTIARY HEARING**

(8) Date of result (if you know): **JANUARY 2022**

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☒ Yes   ☐ No

(2) Second petition: ☒ Yes   ☐ No

(3) Third petition:  ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Trial District Court and Postconviction Court erred by not addressing Ineffective Assistance of Counsel during Plea & Amended Inf.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel failed to provide "Advise" when State filed Amended Information and during presenting of the New Charges on Amended Information on Class IIA felony for Second Degree Forgery.

(b) If you did not exhaust your state remedies on Ground One, explain why:   yes

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Trial counsel filed appeal without consulting defendant.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: VERIFIED MOTION AMENDED POSTCONVICTION RELIEF

Name and location of the court where the motion or petition was filed: DOUGLAS COUNTY, OMAHA, NEBRASKA.

Docket or case number (if you know): CR 20-450

Date of the court's decision: January 2022

Result (attach a copy of the court's opinion or order, if available): attached court opinion;

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Nebraska Court of Appeals and Supreme Court on Further review

Docket or case number (if you know): A 22-0110

Date of the court's decision: January 3, 2023

Result (attach a copy of the court's opinion or order, if available): Opinion attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: **NONE**

**GROUND TWO:** District Court abused its discretion and erred by failing to provide PRELIMINARY HEARING AND ARRAIGNMENT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Upon filing of Amended Information on May 1, 2020, During Plea and Amended Information the Courts failure to provide Arraignment and preliminary Hearings without providing defendant a copy of Information and one day assent, arraigned or call to answer any indictment, on "new charges and on amended information."

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  XX☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Trial counsel filed appeal without consulting defendant.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   x☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Verified Amended Postconviction

Name and location of the court where the motion or petition was filed: Douglas County District Court, Omaha, Nebraska

Docket or case number (if you know): CR 20-450

Date of the court's decision: JANUARY 3, 2022

Result (attach a copy of the court's opinion or order, if available): SEE ATTACHMENT

(3) Did you receive a hearing on your motion or petition? ☐ Yes XX☐ No

(4) Did you appeal from the denial of your motion or petition? XX☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? XX☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Nebraska Supreme Court and Court of Appeals

Docket or case number (if you know): A 22-0110

Date of the court's decision: January 3, 2023

Result (attach a copy of the court's opinion or order, if available): Opinion attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: NONE

**GROUND THREE:** **DISTRICT COURT ABUSED ITS DISCRETION AND ERRED BY FAILURE TO PROVIDE DISCOVERY ON BOTH ORIGINAL AND AMENDED INFORMATION:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner filed for discovery prior to plea change, and the District Court granted "Mutual and Reciprocal" discovery; Trial counsel failed to provide said discovery prior to the plea hearing, which would have provide understanding to both original and amended information's, the failure to do so caused Petitioner to not seek trial and except the 0 to 2 year Class 4 felony.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: **Trial counsel filed appeal without consulting defendant.**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **VERIFIED MOTION FOR LEAVE TO AMEND POSTCONVICTION**

Name and location of the court where the motion or petition was filed: **DOUGLAS COUNT DISTRICT COURT, OMAHA, NEBRASKA**

Docket or case number (if you know): **CR 20-450**

Date of the court's decision: **JANUARY 03, 2022**

Result (attach a copy of the court's opinion or order, if available): **OPINION ATTACHED**

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **NEBRASKA COURT OF APPEALS AND SUPREME COURT ON FURTHER REVIEW**

Docket or case number (if you know): **A 22-0110**

Date of the court's decision: **January 3, 2023**

Result (attach a copy of the court's opinion or order, if available): **OPINION ATTACHED**

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:  **NONE**

**GROUND FOUR:** DISTRICT COURT ABUSED ITS DISCRETION AND ERRED IN EXCEPTING GUILTY (NO CONTEST) PLEA WITHOUT ALLOWING COUNSEL TO ADVISE ON (K.V.I.)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DURING PLEA CHANGE TO NO CONTEST ON CLASS 4 FELONY, STATE INTERRUPTED AND CORRECTED THE COURT THAT AN AMENDED INFORMATION WAS FILED SOME 11 DAYS PRIOR TO THE PLEA HEARING. TRIAL COUNSEL STAYED SILENT AND FAILED TO OBJECT OR INTERVENE THE COURT TO PROVIDE KNOWLEDGE FOR PETITIONER TO "KNOWINGLY, VOLUNTARILY, AND INTELLIGENTLY EXCEPT THE CLASS IIA FELONY, WITH UNDERSTANDING OF THE CONSTITUTIONAL RIGHTS.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  **TRIAL COUNSEL FILED APPEAL WITHOUT CONSULTING DEFENDANT.**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  **2nd AMEND LEAVE FOR POST CONVICTION RELIEF**

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: **DOUGLAS COUNTY DISTRICT COURT, OMAHA, NEBRASKA**

Docket or case number (if you know): **CR 20-450**

Date of the court's decision: **JANUARY 1, 2022**

Result (attach a copy of the court's opinion or order, if available): **opinion attached**

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **NEBRASKA COURT OF APPEALS AND SUPREME COURT ON FURTHER REVIEW**

Docket or case number (if you know): **A 22-0110**

Date of the court's decision: **JANUARY 3, 2023**

Result (attach a copy of the court's opinion or order, if available): **OPINION ATTACHED**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: **NONE**

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? **XX** Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   **NO**

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes **XX** No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes **XX** No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __NA__

(b) At arraignment and plea: __NA__

(c) At trial: __YVONNE SOSA, PUBLIC DEFENDER DOUGLAS COUNTY, 18th FARNAM STREET, OMAHA, NE__

(d) At sentencing: __SAME__

(e) On appeal: __SAME__

(f) In any post-conviction proceeding: __PRO SE__

(g) On appeal from any ruling against you in a post-conviction proceeding: __PRO SE__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

- (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    - (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    - (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    - (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    - (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **Discharge of sentence and conviction, or remand for JURY TRIAL.**

or any other relief to which petitioner may be entitled.

*Vernon R. Johnson 211702*

Signature of Attorney (if any)
**VERNON R. JOHNSON, PETITIONER PRO SE**
**P.O. BOX 22500 (NSP), #211 702**
**LINCOLN, NE 68542-2500**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **FEBRUARY 17, 23** (month, date, year).

Executed (signed) on **2/15/2023** (date).

GENERAL NOTARY - State of Nebraska
CALEB LARSON
My Comm. Exp. October 8, 2025

2/15/23

Signature of Petitioner
**VERNON R. JOHNSON, #211102**

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16



**CLERK OF THE NEBRASKA SUPREME COURT**
**AND NEBRASKA COURT OF APPEALS**
2413 State Capitol, P.O. Box 98910
Lincoln, Nebraska 68509-8910
(402) 471-3731

January 3, 2023

Vernon R Johnson #211702
Nebraska State Penitentiary
PO Box 22500
Lincoln, NE 68542-2500

**IN CASE OF:** A-22-000110, State v. Vernon R Johnson
**TRIAL COURT/ID:** Douglas County District Court CR20-450

**The following internal procedural submission:** Submitted to Court without Oral Argument
    Submitted on 12/05/22

**Has been reviewed by the court and the following order entered:**

　　Affirmed. Welch, Judge. See memorandum web opinion.

A certified copy of the Web Memorandum Opinion is attached.

　　Sincerely,
　　Wendy A. Wussow
　　Clerk


　　**ATTACHEMENT 1 AND 2**



**CLERK OF THE NEBRASKA SUPREME COURT
AND NEBRASKA COURT OF APPEALS**
2413 State Capitol, P.O. Box 98910
Lincoln, Nebraska 68509-8910
(402) 471-3731

February 9, 2023

Vernon R Johnson #211702
Nebraska State Penitentiary
PO Box 22500
Lincoln, NE 68542-2500

**IN CASE OF:** A-22-000110, State v. Vernon R Johnson
**TRIAL COURT/ID:** Douglas County District Court CR20-450

**The following filing:** Petition of Appellant for Further Review
    Filed on 01/23/23
    Filed by appellant Vernon R Johnson #211702

**Has been reviewed by the court and the following order entered:**

   Petition of Appellant for further review denied.


   Sincerely,
   Wendy A. Wussow
   Clerk

AO 241 (Rev. 09/17)



FEB 2 7 2023

CLERK
U.S. DISTRICT COURT
LINCOLN

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and __1__ copies to the Clerk of the United States District Court at this address:

   **Clerk, United States District Court for**
   **Address**
   **City, State  Zip Code**

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

Inmate Name: JOHNSON, VERNON
Inmate Number: 211702
Box 22500
Lincoln NE 68542-2500
Notice: This correspondence was mailed from the
Nebraska State Penitentiary.
It's contents are uncensored.

1.05



46-03-13

LEGAL
MAIL

(593)

UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
CLERK OF COURT
100 CENTENNIAL MALL
LINCOLN, NE 68508

**RECEIVED**

FEB 2 7 2023

CLERK
U.S. DISTRICT COURT
LINCOLN

LEGAL
MAIL

